**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
**File Name:  05a0097n.06**
**Filed:  February 8, 2005**

**No. 04-5130**

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

BAKERSFIELD GRAND CANAL, LLC,            )
                                         )
        Appellant,                       )
                                         )
v.                                       )   ON   APPEAL   FROM   THE   UNITED
                                         )   STATES  DISTRICT  COURT  FOR  THE
REGAL CINEMAS, INC.,                     )   MIDDLE DISTRICT OF TENNESSEE
                                         )
        Appellee.                        )

Before:  SUHRHEINRICH, ROGERS, and COOK, Circuit Judges.

PER CURIAM.  Bakersfield Grand Canal, LLC, appeals the district court's order affirming the

Bankruptcy Court's grant of summary judgment for Regal Cinemas, Inc., on Grand Canal's claim

for breach-of-contract damages.  After hearing oral argument and reviewing the record, the parties'

briefs, and the applicable law, this court determines that no jurisprudential purpose would be served

by a panel opinion and affirms the district court's decision for the reasons stated by that court and

the Bankruptcy Court in their respective opinions.